ROTH LEGAL, PLC
RYAN ROTH
418 14th St
Modesto, CA 95354
Telephone: (209) 222-4447
Facsimile: (209) 222-4447

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>VANESA ARAUZA<br><br>                Defendant. | CASE NO. 1:22-CR-00305-JLT-SKO<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney JUSTIN GILIO, Counsel for Plaintiff, and Attorney Ryan Roth, Counsel for Defendant VANESA ARAUZA, that the sentencing hearing scheduled for March 17, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on June 23, 2025, at 9:30 a.m. Plaintiff United States of America, by and though its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. The defense desires additional time to submit relevant sentencing information and letters from defendant and defendant's family which was recently received.
2. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and submission, taking into account the exercise of due diligence.
3. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: March 12, 2025

/S/ JUSTIN GILIO
JUSTIN GILIO
Assistant AUSA

Dated: March 12, 2025

/s/ RYAN ROTH
RYAN ROTH
Counsel for Defendant
VANESA ARAUZA

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for March 17, 2025, at 9:30 a.m., is vacated and the matter is continued to June 23, 2025, at 9:30 a.m., for judgment and sentencing.

IT IS SO ORDERED.

Dated: March 12, 2025

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE